# Order

**Lansing, Michigan**

October 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142287(45)

DONALD T. McCUE, individually and as the
conservator of the ESTATE OF DEBRA K.
McCUE,

     Plaintiff-Appellee,

v

O-N MINERALS (MICHIGAN) COMPANY,

     Defendant-Appellant.

_____

SC: 142287
COA: 294661
Mackinac CC: 08-006594-NO

     On order of the Chief Justice, the motion by the Michigan Manufacturers Association for leave to file a brief *amicus curiae* is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2011

_____
Clerk